IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Team Systems International, LLC, | Case No. 22-10066 (CTG) |
| Debtor. | |
| George L. Miller, solely in his capacity as the Chapter 7 Trustee of Team Systems International, LLC, | |
| Plaintiff, | Adv. Proc. No. 24-50002 (CTG) |
| -against- | Re: Adv. D.I. 15 |
| Coakley Logistics Services, LLC and Coakley Logistics, LLC, and | |
| John Does 1-10, | |
| Defendants. | |

**ORDER EXTENDING DEFENDANTS' TIME
TO RESPOND TO THE COMPLAINT**

This Court having considered the *Certification of Counsel Submitting an Order Extending Defendants' Time to Respond to the Complaint*; and the Court having determined that good and adequate cause exists for granting the relief set forth in this Order; and the Court having determined that no further notice need be given; it is hereby ORDERED that:

1. The time within which defendants Coakley Logistics Services, LLC and Coakley Logistics, LLC may answer, move, or otherwise respond to the complaint [Adv. D.I. 1] in this adversary proceeding is hereby extended to and including September 9, 2024.

2. Nothing contained in this Order shall prejudice the rights of any party, including the right to seek a further extension of the time to respond to the complaint or to oppose any such request.

3. The Court shall retain jurisdiction with respect to all matters relating to the interpretation, implementation, and enforcement of this Order.

Dated: August 9th, 2024
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**