# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Team Systems International, LLC,<br><br>        Debtor. | Chapter 7<br><br>Case No. 22-10066 (CTG) |
| George L. Miller, solely in his capacity as the Chapter 7 Trustee of Team Systems International, LLC,<br><br>        Plaintiff,<br>-against-<br><br>Coakley Logistics Services, LLC and Coakley Logistics, LLC, and<br><br>John Does 1-10,<br><br>        Defendants. | Adv. Proc. No. 24-50002 (CTG)<br><br>Re: Adv. D.I. 28 |
| George L. Miller, solely in his capacity as the Chapter 7 Trustee of Team Systems International, LLC,<br><br>        Plaintiff,<br>-against-<br><br>Luis A. Ayala Colon Sucres., Inc., and<br><br>John Does 1-10,<br><br>        Defendants. | Adv. Proc. No. 24-50005 (CTG)<br><br>Re: Adv. D.I. 33 |

**ORDER GRANTING THIRD OMNIBUS MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER ENLARGING TIME TO EFFECT SERVICE OF ORIGINAL PROCESS IN AVOIDANCE ACTIONS**

Upon the Motion (the "Motion")[1] of George L. Miller, solely in his capacity as the chapter 7 trustee (the "Trustee") of the bankruptcy estate of Team Systems International, LLC and plaintiff in the above-captioned adversary proceedings, for the entry of an order enlarging the time during which the Trustee may effect service of process in the above-captioned adversary proceeding through and including April 15, 2025; and the Court having reviewed the Motion and any responses filed thereto; and the Court having found that (i) the district court has jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iii) notice of the Motion was good and sufficient under the circumstances and no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The deadline by which the Trustee may effect service of process in the above-captioned adversary proceeding is hereby extended through and including April 15, 2025.

3. The Trustee is hereby relieved from any provision of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, and/or any previous orders of this or any other Court to the extent that such provision(s) contravene the terms of this Order.

4. This Order is without prejudice to the rights of the Trustee to request a further enlargement of time to effect service of process or to request other extensions of time.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

5. This Court shall retain jurisdiction over all matters related to or arising from this Order.

**Dated: January 2nd, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**