IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Team Systems International, LLC, | Case No. 22-10066 (CTG) |
| Debtor. | |
| George L. Miller, solely in his capacity as the Chapter 7 Trustee of Team Systems International, LLC, | |
| Plaintiff, | Adv. Proc. No. 24-50002 (CTG) |
| -against- | Re: D.I. 34 |
| Coakley Logistics Services, LLC and Coakley Logistics, LLC, and | |
| John Does 1-10, | |
| Defendants. | |

**ORDER APPOINTING MEDIATOR**

This Court having considered the *Certification of Counsel Submitting Order Appointing Mediator*; and the Court having determined that good and adequate cause exists for granting the relief set forth in this Order; it is hereby ORDERED that:

1.  Marc J. Phillips, Esq. is appointed as the mediator (the "Mediator") in the above-captioned adversary proceeding.

2.  Pursuant to Local Rule 9019-5(c)(1), the fees and costs of the Mediator incurred in mediating this adversary proceeding shall by paid by the bankruptcy estate.

3. The parties shall furnish the Mediator with copies of such documents and such confidential statements of position as the Mediator may request.

4. The mediation shall be conducted in accordance with the Local Rules of the United States Bankruptcy Court of the District of Delaware.

5. Pursuant to Local Rule 9019-5(c)(iii)(A), the parties and their respective counsel shall attend such mediation sessions as the Mediator shall deem appropriate and necessary at such times and places and in such manner as the Mediator shall determine.

6. No later than (14) fourteen days following the conclusion of the mediation or sixty (60) days after the entry of this Order, whichever is earlier, the Mediator shall file with this Court and serve on the parties the Mediator's certificate of completion or the mediation status report. The information provided by the Mediator shall not contain any information concerning the merits of the case or confidential communications made during the mediation process.

7. Nothing contained in this Order shall alter or amend any dates or deadlines set forth in the Amended Scheduling Order [Adv. D.I. 33].

8. The Court shall retain jurisdiction with respect to all matters relating to the interpretation, implementation, and enforcement of this Order.

**Dated: January 23rd, 2025**
**Wilmington, Delaware**

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE