# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** ) | Bankruptcy Case No.: 22–10066–CTG |
| Team Systems International, LLC ) | Bankruptcy Chapter: 7 |
|     Debtor ) | |
| _____ ) | |
| George L. Miller ) | |
| ) | |
|     Plaintiff ) | Adv. Proc. No.: 24–50002–CTG |
|     vs. ) | |
| Coakley Logistics Services, LLC and Coakley Logistics, LLC and John Does 1–10 ) | |
|     Defendant ) | |

## ORDER ASSIGNING ADVERSARY PROCEEDING TO MEDIATION AND APPOINTING MEDIATOR

    Pursuant to this Court's Local Rule 9019–5, George L. Miller , Plaintiff(s) and the above named Defendant(s) (collectively, the "Parties"), are directed to mediation to attempt to resolve disputes by and between the Parties relative to the above–captioned adversary proceeding. Upon the foregoing, it is hereby
    **ORDERED** that this matter is scheduled for Trial on date to be determined ; and it is further
    **ORDERED** that the above–captioned adversary proceeding is hereby assigned to mediation; and it is further
    **ORDERED** that the costs of the mediation shall be paid by the bankruptcy estate, or if there is no bankruptcy estate, by the plaintiff in the adversary proceeding, or as directed by the Court, or as indicated in the Stipulation to Appoint a Mediator; and it is further
    **ORDERED** that:
      (a) If the parties have stipulated to entry of this order, Marc J. Phillips , who has been selected by the parties is appointed the mediator in this adversary proceeding; or,
      (b) If the parties have not stipulated to entry of this order, the court appoints , who is a mediator from the Register of Mediators of the United States Bankruptcy Court for the District of Delaware, as the mediator in this adversary proceeding; and it is further
    **ORDERED** that this mediation shall be conducted in accordance with the Local Rules of the United States Bankruptcy Court of the District of Delaware; and it is further
    **ORDERED** that all deadlines as defined in the Order Appointing Mediator entered 1/23/2025 shall apply.

Date: 1/23/25

Craig T Goldblatt
Bankruptcy Judge

(VAN–447)