# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 1/23/2025 |
| Case: 24−50002−CTG | Form ID: van447 | Total: 7 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
dft         John Does 1−10

                                                                                                                                                TOTAL: 1

**Recipients of Notice of Electronic Filing:**
aty         Bryan J Hall            hall@chipmanbrown.com
aty         Marc J. Phillips        mphillips@mmwr.com
aty         Michael S. Neiburg      mneiburg@ycst.com

                                                                                                                                                 TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft         Coakley Logistics Services, LLC         200 S. Orange Ave.         Suite 800         Orlando, FL 32801
dft         Coakley Logistics, LLC         200 S. Orange Ave.         Suite 800         Orlando, FL 32801
md          Marc J. Phillips         1105 North Market Street         Suite 1500         Wilmington, DE 19801

                                                                                                                                                 TOTAL: 3