IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>Team Systems International, LLC<br>　　　　Debtor.<br><br>George L. Miller, solely in his capacity as the Chapter 7 Trustee of Team Systems International, LLC<br>　　　　Plaintiff,<br>-against-<br><br>Coakley Logistics Services, LLC and Coakley Logistics, LLC, and<br>John Does 1-10,<br>　　　　Defendants. | Chapter 7<br><br>Case No. 22-10066-CTG<br><br><br><br><br><br><br>Adv. Proc. No. 24-50002 (CTG) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of J. Stephen Simms of Simms Showers to represent Coakley Logistics Services, LLC and Coakley Logistics, LLC in this action.

Dated: February 12, 2025

/s/ Michael S. Neiburg
Michael S. Neiburg (No. 5275)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
mneiberg@ycst.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Maryland and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: February 12, 2025

/s/ J. Stephen Simms
J. Stephen Simms
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, MD 21030
443-290-8704
jssimms@simmsshowers.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

32833433.1

Dated: February 21st, 2025
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE