# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Team Systems International, LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 22-10066 (CTG) |
| George L. Miller, solely in his capacity as the Chapter 7 Trustee of Team Systems International, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> Coakley Logistics Services, LLC and Coakley Logistics, LLC, and <br><br> John Does 1-10, <br><br> Defendants. | Adv. Proc. No. 24-50002 (CTG) <br><br> Re: Adv. D.I. 49 |

## CERTIFICATION OF COUNSEL SUBMITTING ORDER EXTENDING TIME TO COMPLETE MEDIATION

The undersigned hereby certifies as follows:

1. On May 21, 2025, the Court entered an order [Adv. D.I. 49] extending the time to complete mediation of the above-captioned adversary proceeding. The mediation process remains ongoing. Undersigned counsel for the Trustee has spoken with counsel for the Coakley defendants and with the mediator, Mr. Phillips. The parties and the mediator are in agreement to further extend the time to complete mediation by 90 days through and including December 31, 2025.

2. Counsel for the Coakley defendants and Mr. Phillips have advised the undersigned that they consent to the entry of the proposed order attached hereto.

WHEREFORE, the undersigned, on behalf of the Chapter 7 Trustee, respectfully requests that the Court enter the proposed order attached hereto.

Dated: September 18, 2025

CHIPMAN BROWN CICERO & COLE, LLP

*/s/ Bryan J. Hall*
David W. Carickhoff (No. 3715)
Bryan J. Hall (No. 6285)
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0191
(302) 295-0199 (fax)
carickhoff@chipmanbrown.com
hall@chipmanbrown.com

-and-

Adam D. Cole, Esq. (admitted *pro hac vice*)
501 5th Ave. 15th Floor
New York, New York 10017
(646) 685-8363
cole@chipmanbrown.com

*Counsel to the Plaintiff Chapter 7 Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Team Systems International, LLC, | Case No. 22-10066 (CTG) |
| Debtor. | |
| George L. Miller, solely in his capacity as the Chapter 7 Trustee of Team Systems International, LLC, | |
| Plaintiff, | Adv. Proc. No. 24-50002 (CTG) |
| -against- | Re: D.I. 49 |
| Coakley Logistics Services, LLC and Coakley Logistics, LLC, and | |
| John Does 1-10, | |
| Defendants. | |

## ORDER EXTENDING TIME TO COMPLETE MEDIATION

This Court having considered the *Certification of Counsel Submitting Order Extending Time to Complete Mediation*; and the Court having previously entered orders, among other things, assigning the above-captioned adversary proceeding to mediation and appointing a mediator; and the Court having entered determined that good and adequate cause exists for granting the relief set forth in this Order; it is hereby ORDERED that:

1. The time for completion of mediation of the above-captioned adversary proceeding is hereby extended through and including December 31, 2025. Such extension is without prejudice to the rights of any party to seek a further extension.

2. Except as otherwise set forth in this Order, all provisions of this Court's prior orders entered in the above-captioned adversary proceeding shall remain in full force and effect.

3. The Court shall retain jurisdiction with respect to all matters relating to the interpretation, implementation, and enforcement of this Order.